IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DAVID MILTON GUNDRUM, | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:05-CV-069-Y |
| | §(Consolidated with actions 4:04- |
| | §   -CV-081-Y and 4:04-CV-114-Y) |
| DOUGLAS DRETKE, Director, | § |
| T.D.C.J., Correctional | § |
| Institutions Division, | § |
|     Respondent. | § |

## FINAL JUDGMENT

Pursuant to an Order issued this same day, and Federal Rule of Civil Procedure 58:

It is hereby ORDERED, ADJUDGED, and DECREED that the consolidated petitioner for writ of habeas corpus be, and is hereby, DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs of court are taxed against the party that incurred them.

SIGNED June 14, 2005.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE